Matthew A. Rosenthal, Esq. (SBN 279334)
**WESTGATE LAW**
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Telephone: 818.200.1497
Facsimilie: 818.869.2208
matt@westgatelaw.com

Attorneys for Plaintiff
DAVID FLORES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID FLORES,<br><br>        Plaintiff,<br><br>   vs.<br><br>FINANCIAL PARTNERS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC;<br><br>        Defendant(s). | Case No.: 2:20-cv-04271-JAK-MRW<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

**PLEASE TAKE NOTICE** that Plaintiff, David Flores, and Defendant, Equifax Information Services, LLC, have reached an agreement on all material terms required to settle all of Plaintiff's claims against Equifax pending in this action. The parties expect to file a stipulation to dismiss all of Plaintiff's claims asserted against Equifax within the next thirty (30) days.

Plaintiff respectfully requests this Honorable Court vacate all deadlines in regards to Equifax in the present matter.

RESPECTFULLY SUBMITTED,

Dated: June 8, 2020          **WESTGATE LAW**

By: /s/ Matthew A. Rosenthal

Matthew A. Rosenthal
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I also provided notice of said filing via e-mail transmission to the following:

Ashley Chalmers
Legal Counsel - Litigation
Equifax Inc.
O 404-885-8286
C 470-626-6236
ashley.chalmers@equifax.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal