FILED
CLERK, U.S. DISTRICT COURT
6/25/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID FLORES<br><br>  Plaintiff.<br><br>  v.<br><br>FINANCIAL PARTNERS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC;<br><br>  Defendant(s). | Case No.: 2:20-cv-4271-JAK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY (DKT. 20)** |

   Plaintiff David Flores and Defendant Equifax Information Services, LLC have announced to the Court that all matters in controversy have been resolved. A Stipulation of Dismissal with Prejudice as to Equifax has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice the Court makes and delivers the following ruling:

   IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff against Defendant Equifax Information Services,

1  LLC are in all respects dismissed with prejudice to the refiling of same, with fees
2  and court costs to be paid by the party incurring same.

Dated: June 25, 2020      _____
John A. Kronstadt
United States District Judge