**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
DAVID FLORES,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORES,<br><br>         Plaintiff,<br><br>   vs.<br><br><br>FINANCIAL PARTNERS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC;,<br><br><br>         Defendant(s), | Case No.: 2:20-cv-04271-JAK-MRW<br><br>**NOTICE OF SETTLEMENT AS TO FINANCIAL PARTNERS CREDIT UNION ONLY** |

## NOTICE OF SETTLEMENT

   NOW COMES Plaintiff, DAVID FLORES, by and through the undersigned

counsel, and hereby notifies this Honorable Court that the parties have reached an

- 1 -

agreement to settle the instant matter as to FINANCIAL PARTNERS CREDIT UNION only. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

Dated: June 29, 2020

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.