Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
DAVID FLORES

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID FLORES | Case No.: 2:20-cv-04271-JAK-MRW |
| Plaintiff. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO FINANCIAL PARTNERS CREDIT UNION ONLY** |
| v. | |
| FINANCIAL PARTNERS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; | |
| Defendant(s). | |

TO THE HONORABLE JOHN A. KRONSTADT:

Plaintiff, DAVID FLORES ("Plaintiff") and Defendant, FINANCIAL PARTNERS CREDIT UNION ("Defendant") file this Stipulation of Dismissal with Prejudice as to Financial Partners Credit Union only, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Financial Partners Credit Union to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Financial Partners Credit Union which

were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Date: July 21, 2020                    RESPECTFULLY SUBMITTED,

By:/s/ *Matthew A. Rosenthal*
Matthew A. Rosenthal
Attorney for Plaintiff,
David Flores

By:/s/ *Duane Tyler*
Duane Tyler
Attorneys for Defendant,
Financial Partners Credit Union

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all counsel of record listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By:*/s/ Matthew A. Rosenthal*
Matthew A. Rosenthal