FILED
CLERK, U.S. DISTRICT COURT
7/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID FLORES<br><br>　　　　Plaintiff.<br><br>　v.<br><br>FINANCIAL PARTNERS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC;<br><br>　　　　Defendant(s). | **Case No.:** 2:20-cv-04271-JAK-MRW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO FINANCIAL PARTNERS CREDIT UNION ONLY (DKT. 26)** |

   Plaintiff David Flores and Defendant Financial Partners Credit Union have announced to the Court that all matters in controversy have been resolved. A Stipulation of Dismissal with Prejudice as to Financial Partners Credit Union has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff against Financial Partners Credit Union, are in all respects dismissed with prejudice to the refiling of same, with fees and court costs to be paid by the party incurring same.

Dated: July 21, 2020            _____

John A. Kronstadt
United States District Judge